[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13906
Non-Argument Calendar

_____

D.C. Docket No. 3:14-cr-00015-KKD-SRW-10

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PATRICE TAYLOR,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama

_____

(June 1, 2016)

Before MARCUS, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Connie Murray, appointed counsel for Patrice Taylor in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L.

Ed. 2d 493 (1967).  Our independent review of the entire record reveals that

counsel's assessment of the relative merit of the appeal is correct.  Because

independent examination of the entire record reveals no arguable issues of merit,

counsel's motion to withdraw is **GRANTED**, and Taylor's conviction and

sentence are **AFFIRMED**.